UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT FLUKER, | Case No. 3:17-cv-000299-MMD-VPC |
| Petitioner, | |
| v. | ORDER |
| ISIDRO BACA, et al., | |
| Respondents. | |

Good cause appearing, petitioner's unopposed motion for extension of time (ECF No. 11) is granted.  Petitioner will have until August 8, 2018, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 12ᵗʰ day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1