UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT FLUKER, | Case No. 3:17-cv-000299-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Good cause appearing, it is ordered that Petitioner's second unopposed motion for extension of time (ECF No. 13) is granted. Petitioner will have until November 6, 2018, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 9th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE