UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT FLUKER,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:17-cv-000299-MMD-CBC

ORDER

Good cause appearing, it is ordered that Petitioner's third unopposed motion for extension of time (ECF No. 16) is granted. Petitioner will have until February 4, 2019, to file an amended petition for writ of habeas corpus in this case. No further extensions of time are likely to be granted.

DATED THIS 7th day of November 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE