UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT FLUKER,<br><br>　　　　　　　　　Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:17-cv-000299-MMD-VPC<br><br>ORDER |

Good cause appearing, it is ordered that Respondents' unopposed motion for extension of time (ECF No. 19) is granted. Respondents will have until May 28, 2019, to answer or otherwise respond to the amended petition for writ of habeas corpus in this case.

DATED THIS 12th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE