# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT FLUKER,<br><br>Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-000299-MMD-CBC<br><br>ORDER |

It is ordered that Respondents' unopposed motion for extension of time (ECF No. 21) is granted. Respondents will have until June 7, 2019, to answer or otherwise respond to the amended petition for writ of habeas corpus in this case.

DATED THIS 21st day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE