# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT FLUKER, | Case No. 3:17-cv-00299-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner's Unopposed Motion to Extend Time for Filing Opposition to Motion to Dismiss (ECF No. 29) is granted. Petitioner shall file his opposition on or before September 19, 2019.

DATED THIS 12th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE