UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT FLUKER,

           Petitioner,

v.

ISIDRO BACA, *et al.*,

           Respondents.

Case No. 3:17-cv-00299-MMD-CBC

ORDER

Before the Court is Respondents' Notice of Withdraw (ECF No. 37) of Motion to Dismiss (ECF No. 25). Respondents further request that the Court set a new deadline to file their answer.

It is therefore ordered that:

1. Respondents will have until November 12, 2019, to answer Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 18).

2. Respondents must specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

3. Petitioner will have 30 days following service of the answer to file and serve a reply brief.

4. Any additional state court record and related exhibits must be filed in accordance with LR IA 10-3 and LR IC 2-2 and include a separate index identifying each additional exhibit by number or letter. The index must be filed in CM/ECF's document upload screen as the base document to receive the base docket number (*e.g.*, ECF No. 10). Each exhibit will then be filed as "attachments" to the base document—*i.e.*, the index—to receive a sequenced

sub-docket number (*e.g.*, Exhibit A (ECF No. 10-1), Exhibit B (ECF No. 10-2), Exhibit C (ECF No. 10-3), and so forth). If the exhibits will span more than one filing, the base document in each successive filing must be either a copy of the index or volume cover page. *See* LR IC 2-2(a)(3)(A).

5. Moving forward,[1] a paper copy of any exhibits over 50 pages—for this case—must be appropriately bound, tabbed, and delivered to the Las Vegas Clerk's Office. *See* LR IA 10-3(i); LR IC 2-2(g). Courtesy copies must be addressed to the attention of "Staff Attorney" on the mailing address label.

DATED THIS 26th day of September 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Reno Clerk's Office has received paper copies of previously filed exhibits in this case. The parties need not resend those items to the Las Vegas Clerk's Office.