# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT FLUKER,<br><br>   Petitioner,<br>   v.<br>ISIDRO BACA, *et al.*,<br><br>   Respondents. | Case No. 3:17-cv-00299-MMD-CBC<br><br>ORDER |

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 39) is granted. Respondents have until November 26, 2019, to answer the amended petition for writ of habeas corpus in this case. All other instructions stated in the scheduling order (ECF No. 38) remain in effect.

DATED THIS 13th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE