UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT FLUKER,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:17-cv-00299-MMD-CBC<br><br>ORDER |

Good cause appearing, Respondents' second unopposed Motion for Enlargement of Time (ECF No. 41) is granted. Respondents have until December 10, 2019, to answer the amended petition for writ of habeas corpus in this case. All other instructions stated in the scheduling order (ECF No. 38) remain in effect.

DATED THIS 26th day of November 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE