UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT FLUKER,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:17-cv-00299-MMD-CBC

ORDER

This habeas matter is before the Court on Respondents' third unopposed Motion for Enlargement of Time (ECF No. 43) ("Motion"). The Motion was filed on December 10, 2019—the second extended deadline to file an answer.

Petitioner commenced this action in May 2017. (ECF No. 1.) To date, both parties have received numerous extensions of time to amend the pleadings and complete briefing. (ECF Nos. 12, 14, 17, 20, 22, 24, 30, 40, 42.) The Motion now seeks a 45-day extension of time to file an serve an answer to Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 18).

Habeas actions are civil actions under federal practice and are subject to the reporting requirements of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq.*[1] The CJRA sets a three-year goal for resolution of each civil case on the merits, *id.* § 476(a)(3), and encourages "setting, at the earliest practicable time, deadlines for filing

///

---

[1]The CJRA provides that each United States District Court must develop a civil justice expense and delay reduction plan to facilitate the deliberate adjudication of civil cases on the merits, monitor and improve litigation management, and reduce cost and delay. *See also* Fed. R. Civ. P. 1 (noting that the rules should be implemented to "secure the just, speedy, and inexpensive determination" of each case). The CJRA mandates the early and on-going judicial management of case progress. 28 U.S.C. § 473(a). Additionally, each judge is required to report "the number and names of cases that have not been terminated within three years after filing" on a semi-annual basis. *See* 28 U.S.C. § 476(a)(3).

motions and a time framework for their disposition," *id.* § 473(a). Although the procedural and legal complexity of certain habeas cases may impede the three-year objective, the Court attempts to posture each case for a merits decision within three years of filing.

Given the age of this case, counsel for both parties are directed to prioritize the briefing in this case over later-filed matters. **Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence**.

It is therefore ordered that Respondents' third unopposed motion for enlargement of time (ECF No. 43) is granted in part and denied in part. Respondents have until January 10, 2020, to answer the amended petition in this case. All other instructions stated in the scheduling order (ECF No. 38) remain in effect.

DATED THIS 11th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE